■ In the Matter of VINCENT CANNATELLA, as President of the Suffolk County Correction Officers Association, et al., Appellants, v PATRICK A. MAHONEY, as Sheriff of the County of Suffolk, et al., Respondents.—Appeal by the petitioners from a judgment of the Supreme Court, Suffolk County (Mullen, J.), dated October 2, 1990.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Mullen at the Supreme Court. Eiber, J. P., Ritter, Pizzuto and Santucci, JJ., concur.